Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00031-CR

**IN RE** Jason **MIEARS**

Original Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  April 7, 2010

PETITIONS DENIED

Relator Jason Miears filed numerous petitions in this court in Cause Numbers 04-10-00031-CR through 04-10-00040-CR.[2]  The court on its own motion has consolidated these cases into Cause Number 04-10-00031-CR.  The court has considered relator's petitions and is of the

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

[2]  Cause Number 04-10-00031-CR (six petitions for writ of mandamus); Cause Number 04-10-00032-CR (one petition for writ of mandamus); Cause Number 04-10-00033-CR (one petition for writ of mandamus); Cause Number 04-10-00034-CR (six petitions for writ of prohibition); Cause Number 04-10-00035-CR (two petitions entitled "writ of execution"); Cause Number 04-10-00036-CR (four petitions entitled "petition for writ of quo warranto"); Cause Number 04-10-00037-CR (one petition entitled "writ of procendo"); Cause Number 04-10-00038-CR (four petitions entitled "writ of capias profine"); Cause Number 04-10-00039-CR (five petitions for writ of injunction);  Cause Number 04-10-00040-CR (one petition entitled "writ of attachment").

opinion that relator is not entitled to the relief sought in any of the petitions. Accordingly, the petitions are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH